**1704 GILSON vs. SUPERVISOR (Deerfield Twp.), 4 D. L. N., 743. (Certiorari to Lapeer.)**

To compel respondent to spread the cost of the construction

of a division line fence, as determined by fence viewers under 3 How. Stat., Sec. 799, upon the tax roll. The Circuit Court granted the writ.

Affirmed with costs of both courts, November 17, 1897.